LAW OFFICES
PHELPS & MOORE
PROFESSIONAL LIMITED LIABILITY COMPANY
6424 EAST GREENWAY PARKWAY, SUITE 100
SCOTTSDALE, ARIZONA 85254
(480) 534-1400

Jon L. Phelps (027152)
jon@phelpsandmoore.com
Counsel for Rafael Santana

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Rafael Santana**, for himself and on behalf of all others similarly situated,<br><br>Plaintiff;<br><br>v.<br><br>**Make America Great Again, Inc.**, a Delaware Corporation; and **John & Jane Does 1–10**; and **Does 1–10**,<br><br>Defendants. | Case No.: 2:23-CV-00071-MTL<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>(Assigned to the Honorable **Michael T. Liburdi**) |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Rafael Santana dismisses this case with prejudice as to himself and Defendant Make American Great Again, Inc.

RESPECTFULLY SUBMITTED this 24th day of March, 2023.

PHELPS & MOORE, PLC


By */s/ Jon L. Phelps*
Jon L. Phelps
6424 East Greenway Parkway, Suite 100
Scottsdale, Arizona 85254
*Counsel for Plaintiff*
(480) 534-1400
jon@phelpsandmoore.com